UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Robert Jessman and Shannon Jessman | : | Case No.13- 15196 |
|     Debtors | : | |
| | : | |
| Robert Jessman and Shannon Jessman | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | A.P. No.:  18-01147 |
| | : | |
| U.S. Bank N.A. d/b/a U.S. Bank Home Mortgage | : | |
|     Defendant | : | |
| | : | |

DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Bankr. P. 7007.1, U.S. Bank, National Association discloses that the following are parent corporations and publicly-held corporations that own 10% or more of the stock of U.S. Bank, National Association:

1. U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation;

2. Berkshire Hathaway Inc., together with certain of its affiliates, owns over 10% of U.S. Bancorp's outstanding common stock.

U.S. BANK NATIONAL ASSOCIATION
By its Attorneys,

LOCKE LORD LLP


*/s/ Stephanie Sprague*
Stephanie Sprague (BBO #667714)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199-7613
617-239-0100
617-507-5576 (fax)
stephanie.sprague@lockelord.com

82873387v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2020 Defendant's Corporate Disclosure statement was sent to Plaintiff's counsel of record by first class mail, postage pre-paid to:

Colin D. Creager
Attorney & Counselor At Law
Law Office of Nicholas F. Ortiz, P.C.
99 High Street, Suite 304
Boston, MA 02110

*/s/ Stephanie Sprague*
Stephanie A. Sprague

82873387v.1