UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Robert Jessman and Shannon Jessman | : | Case No.13- 15196 |
| Debtors | : | |
| | : | |
| Robert Jessman and Shannon Jessman | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | A.P. No.: 18-01147 |
| | : | |
| U.S. Bank N.A. d/b/a U.S. Bank Home Mortgage | : | |
| Defendant | : | |
| | : | |

### STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH **PREJUDICE**

Robert Jessman and Shannon Jessman, the above-captioned debtors and the plaintiffs in the adversary proceeding ("Debtors") and U.S. Bank, National Association, d/b/a U.S. Bank Home Mortgage ("U.S. Bank"), hereby file this stipulation to dismiss the adversary proceeding with prejudice. The parties hereby state as follows:

WHEREAS the Parties have entered into a confidential settlement agreement, which includes monetary payment by US Bank to Debtors in exchange for a release of all claims;

WHEREAS the settlement agreement reached by the parties resolves all claims and defenses raised in this litigation.

**IT IS HEREBY STIPULATED AND AGREED**, between the Debtors and U.S. Bank that this adversary proceeding, upon approval of the Court, shall be dismissed with prejudice.

83788641v.1
83792712v.1

-2-

Dated: October 9, 2020

Respectfully Submitted By:

Debtors/Plaintiffs
Robert and Shannon Jessman
By their Attorneys

*/s/ Raven Moeslinger*
Raven Moeslinger (BBO#687956)
Nicholas F. Ortiz (BBO# 655135)
Colin D. Creager (BBO # 697526)
Law Office of Nicholas F. Ortiz, P.C.
50 Congress Street, Suite 540
Boston, MA 02109
617-338-9400
cdc@mass-legal.com

Dated: October 9, 2020

Defendant
U.S. Bank, National Association
By their Attorneys

*/s/ Robert J .Durant, Jr.*
Robert J. Durant, Jr. (BBO# 638608)
Locke Lord, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200
Robert.Durant@lockelord.com

and

*/s/ Stephanie Sprague*
Stephanie Sprague (BBO# 667714)
Locke Lord, LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199
617-239-0222
Stephanie.Sprague@lockelord.com