UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Robert Jessman and Shannon Jessman | : | Case No.13- 15196 |
| Debtors | : | |
| | : | |
| Robert Jessman and Shannon Jessman | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | A.P. No.:  18-01147 |
| | : | |
| U.S. Bank N.A. d/b/a U.S. Bank Home Mortgage | : | |
| Defendant | : | |
| | : | |

# PROPOSED ORDER TO DISMISS ADVERSARY PROCEEDING WITH **PREJUDICE**

The Parties having filed a Stipulation to Dismiss this matter, and the Court having approved of the dismissal:

It is hereby ORDERED that the Adversary Proceeding, and all claims and defenses therein, is dismissed with prejudice. \

Dated: _____

IT IS SO ORDERED

_____

Janet E. Bostwick, Justice of the U.S. Bankruptcy Court,
District of Massachusetts

83789026v.1